[43 NE3d 765, 22 NYS3d 408]

In the Matter of PATROLMEN's BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC., et al., Appellants, v CITY OF NEW YORK et al., Respondents.

Decided October 27, 2015

### APPEARANCES OF COUNSEL

*Gleason Dunn Walsh & O'Shea,* Albany (*Ronald G. Dunn* of counsel), and *Michael T. Murray, Patrolmen's Benevolent Association of the City of New York, Inc.,* New York City (*Gaurav I. Shah* and *David W. Morris* of counsel), for appellants.

*Zachary W. Carter, Corporation Counsel,* New York City (*Ellen Ravitch, Richard Dearing* and *Pamela Seider Dolgow* of counsel), for respondents.

*Greenberg Burzichelli Greenberg P.C.,* Lake Success (*Harry Greenberg* and *Genevieve E. Peeples* of counsel), for Harry Nespoli, amicus curiae.

### OPINION OF THE COURT

Order reversed, without costs, and matter remitted to Supreme Court, New York County, with directions to dismiss the proceeding upon the ground of mootness (*see Matter of Hearst Corp. v Clyne,* 50 NY2d 707, 718 [1980]).

Concur: Chief Judge LIPPMAN and Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN and FAHEY.